**08CR 0094**

PROB 22
Rev 2/88

# TRANSFER OF JURISDICTION

MAGISTRATE JUDGE MASON
JUDGE MORAN

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 03 CR 00033 001 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carlos Garcia-Benitez | Western District of New York | Buffalo |

NAME OF SENTENCING JUDGE
Richard J. Arcara, Chief U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 09/10/07 | 09/09/12 |

RECEIVED JAN 22 2008 PROBATION OFFICE CHICAGO, ILLINOIS

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine and 1 Kilogram or More of Heroin in violation of T21:841(a)(1) and §841(b)(1)(A), and §851, all in violation of T21:846.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

Jan. 15, 2008
DATE

_Richard J. Arcara_
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 30 2008
EFFECTIVE DATE

_James F. Holderman_
UNITED STATES DISTRICT JUDGE

---

FILED

JAN 31 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT