PC Bushma                    N/RI, Providence

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| (Rev. 2/88) | **TRANSFER OF JURISDICTION** | 08 CR 94 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 08-CR-50 S |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| | Illinois Northern | Probation |
| Carolos Garcia-Benitez | NAME OF SENTENCING JUDGE | |
| FILED | Richard J. Arxara | |
| JUN - 2 2008 | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/10/07 / TO 9/9/12 |

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

OFFENSE

Conspiracy to Possess with Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine and 1 Kilogram or more of Heroion, in violation of Title 21, USC 841 (a)(1), 841(b)(1)(A) and 851, all in violation of Title 21, USC 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois "

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Rhode Island** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 23, 2008                                       James B. Moran
_____                                      _____
Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 23, 2008                                         Mary M. Lisi
_____                                      _____
Effective Date                                       United States District Judge



| | | |
|---|---|---|
| David A. DiMarzio<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>*District of Rhode Island* | Paulette J. Dube<br>Chief Deputy Clerk |

May 28, 2008

U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re: USA v. Carlos Garcia-Benitez
   USDC-RI CR 08-050-01S
   USDC-IL CR 08-94

**FILED**

JUN - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

Enclosed please find an Order signed by Chief Judge Mary M. Lisi accepting jurisdiction for the above-captioned supervised releasee.

Kindly forward a certified copy of the Indictment, Judgment and Order and docket sheet at your convenience to the Clerk's Office, U.S. District Court, One Exchange Terrace, Providence, RI 02903.

Thank you for your assistance in this matter.

Very truly yours,

Barbara Barletta
Deputy Clerk

cc: U.S. Probation Dept. - RI

---

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247