**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURTHOUSE
219 S. DEARBORN
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS, CLERK
OFFICE OF THE CLERK

June 19, 2008

District of Rhode Island
Mr. David A. DiMarzio, Clerk
United States District Court
124 Federal Building and
United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

RE: UNITED STATES OF AMERICA -v- Carlos Garcia Benitez
TRANSFERRING DISTRICT'S CASE NUMBER: 08 CR 94
RECEIVING DISTRICT'S CASE NUMBER: 08-CR-50 S

Dear Sir:

　　　　Pursuant to Title 18, United States Code, Section 3653, Transfer of Jurisdiction of Probation, enclosed are the following document(s):

　　　　　　ORIGINAL Probation Form 22 - Transfer of Jurisdiction

　　　　　　CERTIFIED Copy of Indictment/Information

　　　　　　CERTIFIED Copy of Judgment and Commitment Order

　　　　　　CERTIFIED Copy of docket entries

which I hereby certify are the originals filed in this Court on the above cause.

　　　　Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. DOBBINS
　　　　　　　　　　　　　　　　　　　　　　*CLERK, U.S. DISTRICT COURT*


　　　　　　　　　　　　　　　　　　　　　　BY:
　　　　　　　　　　　　　　　　　　　　　　Marsha E. Glenn, *DEPUTY CLERK*

DATE RECIEVED: