*H HK*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURTHOUSE
219 S. DEARBORN
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS, CLERK
OFFICE OF THE CLERK

June 19, 2008

District of Rhode Island
Mr. David A. DiMarzio, Clerk
United States District Court
124 Federal Building and
United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

**RECEIVED**

JUN 23 2008

Property of U.S. District Court
District of Rhode Island

**FILED**

JUL - 1 2008
7-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: UNITED STATES OF AMERICA -v- Carlos Garcia Benitez
TRANSFERRING DISTRICT'S CASE NUMBER: 08 CR 94
RECEIVING DISTRICT'S CASE NUMBER: 08-CR-50 S

Dear Sir:

Pursuant to Title 18, United States Code, Section 3653, Transfer of Jurisdiction of Probation, enclosed are the following document(s):

ORIGINAL Probation Form 22 - Transfer of Jurisdiction

CERTIFIED Copy of Indictment/Information

CERTIFIED Copy of Judgment and Commitment Order

CERTIFIED Copy of docket entries

which I hereby certify are the originals filed in this Court on the above cause.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

MICHAEL W. DOBBINS
*CLERK, U.S. DISTRICT COURT*

BY: [signature]
Marsha E. Glenn, *DEPUTY CLERK*

DATE RECIEVED:

Everett McKinley Dirksen Building
United States Courthouse
219 S. Dearborn
Chicago, IL 60604