MHN

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08 CR 94

   District of Rhode Island
   Mr. David A. DiMarzio, Clerk
   United States District Court
   124 Federal Building and
   United States Courthouse
   One Exchange Terrace
   Providence, RI 02903-1270

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 10/4-3/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   08 CR 94

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 2838

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
DY
7-1-2008
JUL - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT